In re MAYOR AND BOARD OF ALDERMEN OF CITY OF CROWLEY et al.

(June 29, 1914.)

*(Syllabus by the Court.)*

APPEAL AND ERROR (§ 151*)—RIGHT OF APPEAL—PARTIES.

The right of appeal is given, not only to those who were parties to the cause in which a judgment has been rendered against them, but also to third persons not parties to such suit, when such third persons allege that they have been aggrieved by the judgment.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 947–952; Dec. Dig. § 151.*]

Action by the New Orleans, Texas & Mexico Railroad Company against the State Board of Appraisers. The petition of the Mayor and Board of Aldermen of the City of Crowley for a devolutive appeal from the judgment was refused, and they apply for a writ of mandamus. Mandamus ordered to issue.

Harry W. Gueno and P. S. Pugh, both of Crowley, for applicants.

SOMMERVILLE, J. Relators, the mayor and board of aldermen of the city of Crowley and the police jury of the parish of Acadia, alleging themselves to be interested in and aggrieved by the judgment rendered in the case entitled New Orleans, Texas & Mexico Railroad Co. v. State Board of Appraisers (No. 2934), on the civil docket of the Twenty-Second judicial district court of East Baton Rouge parish, and that they petitioned the said court for a devolutive appeal from said judgment, which petition was refused, ask that a mandamus issue, directed to the respondent judge, ordering him to grant a devolutive appeal from the judgment referred to.

The right of appeal by relators from the judgment in which they are interested, and by which they allege themselves to be aggrieved, is given to them by the law; and it is respondent's duty to grant the appeal applied for. C. P. art. 571.

It is therefore ordered, adjudged, and decreed that a mandamus issue herein, addressed to Harney F. Brunot, judge of the Twenty-Second judicial district court of East Baton Rouge parish, ordering him to grant relators a devolutive appeal from the judgment rendered in the cause of New Orleans, Texas & Mexico Railroad Co. v. State Board of Appraisers (No. 2934), on the civil docket of said court, with costs.

---

(66 South. 160)

No. 20683.

STATE v. HILL.

(June 29, 1914.)

Appeal from Fifteenth Judicial District Court, Parish of Calcasieu; A. M. Barbe, Judge.

John Hill was convicted of robbery, and appeals. Affirmed.

J. A. Williams, of Lake Charles, for appellant. R. G. Pleasant, Atty. Gen., Thomas A. Edwards, Dist. Atty., of Lake Charles (G. A. Gondran, of New Orleans, of counsel), for the State.

PROVOSTY, J. The accused was convicted on a charge of robbery, and sentenced to

seven years in the penitentiary, and has appealed.

His reliance is upon a bill of exception reserved to the overruling of his motion for a continuance. On the 25th of April, 1914, he was arraigned, and counsel was appointed by the court to defend him, and his case was fixed for trial for the 4th of May, 1914. On that day the case was reassigned for the 7th. On the 7th he asked for a continuance, on the ground that he desired to employ counsel to defend him, and had not had time to communicate with "his people," who lived in Texas, and that he had caused subpœnas to issue to three certain witnesses, whom he named, by whom he expected to prove an alibi, and that the sheriff had been unable to find these witnesses. The sheriff returned on each of these subpœnas that, notwithstanding diligent search, he had been unable to find the witness, or any one who knew him. The judge says in his per curiam that he did not believe in the existence of said witnesses, but believed that the continuance was asked merely for delay.

Judgment affirmed.